Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  18−11926−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard B. Downing Jr.
   aka Bruce B. Downing Jr.
   12 Galena Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−0017

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/2/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 2, 2018
JAN: cmf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11926-JNP
Richard B. Downing, Jr.                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 02, 2018
                              Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.
```
db             +Richard B. Downing, Jr.,    12 Galena Court,    Sicklerville, NJ 08081-4321
517445076       CACH, LLC its successors and assigns as assignee,     of General Electric Capital Corporation,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517307999      +Franklin Mint FCU,    1974 Sproul Road Ste 300,    Broomall, PA 19008-3402
517308002      +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517308003      +Lisa Downing,    12 Galena Court,    Sicklerville, NJ 08081-4321
517447749       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517308006     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  NJ Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 00:04:41      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 00:04:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517307998      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 03 2018 00:04:55      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517308001      +EDI: IRS.COM Aug 03 2018 03:33:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517308004       E-mail/Text: camanagement@mtb.com Aug 03 2018 00:04:11      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
517308005      +EDI: MERRICKBANK.COM Aug 03 2018 03:33:00      Mabt/ollo,    Po Box 9222,
                 Old Bethpage, NY 11804-9222
517313215      +EDI: RMSC.COM Aug 03 2018 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517441333       EDI: AIS.COM Aug 03 2018 03:33:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
517443816      +EDI: AIS.COM Aug 03 2018 03:33:00      Verizon by American InfoSource LP as agent,
                 4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517382056       EDI: ECAST.COM Aug 03 2018 03:33:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517334136*     +Consumer Portfolio Svc,    Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517308000*     +Franklin Mint FCU,    1974 Sproul Road Ste 300,    Broomall, PA 19008-3402
517334137*     +Franklin Mint FCU,    1974 Sproul Road Ste 300,    Broomall, PA 19008-3402
517334138*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517334139*     +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517334140*     +Lisa Downing,    12 Galena Court,    Sicklerville, NJ 08081-4321
517445522*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:  M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
517334141*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:  M&T Bank,    PO Box 1288,    Buffalo, NY 14240)
517334142*     +Mabt/ollo,    Po Box 9222,    Old Bethpage, NY 11804-9222
517334143*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  NJ Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695)
517440662*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
                                                                                    TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Aug 02, 2018
                              Form ID: 148             Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lee Martin Perlman     on behalf of Debtor Richard B. Downing, Jr. ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```