| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Isabel C. Balboa, Esq.
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

Order Filed on August 2, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

RICHARD B. DOWNING, JR.

Case No.: 18-11926-JNP

Hearing Date: August 1, 2018   9:00 am

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: August 2, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- failure to provide all required documents to the Trustee
- failure to complete business debtor forms
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $2045.00 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11926-JNP
Richard B. Downing, Jr.                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Aug 02, 2018
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.
db              +Richard B. Downing, Jr.,    12 Galena Court,    Sicklerville, NJ 08081-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lee Martin Perlman    on behalf of Debtor Richard B. Downing, Jr. ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6